GIACOMO MANGONARO, PLAINTIFF IN ERROR, v. JOHN
KARE, DEFENDANT IN ERROR.

Submitted December 9, 1912—Decided March 3, 1913.

On error to the Supreme Court, in which the following
opinion was filed:

PER CURIAM.

The plaintiff below entered into a contract with the de-
fendant for the purchase of some real estate.

The plaintiff investigated the title and found that the de-
fendant could not give a good title.

The plaintiff thereupon brought this suit to recover his
deposit, and the expenses incurred by him in investigating the
title, which expenses were $89.50.

The court below gave judgment for $189.50, and the de-
fendant on this appeal questions the legality of the recovery
of the expenses of investigating the title.

This allowance of the expense of investigating the title, we
think, under the decisions in this state, was erroneous. The
expense of investigating the title cannot be recovered in an
action such as the present one. *Gerbert* v. *Trustees,* 30 *Vroom*
160.

The judgment of the court below will be reversed and
a *venire de novo* awarded.

For the plaintiff in error, *Maximilian T. Rosenberg.*

For the defendant in error, *Louis A. Cowley.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion of the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GAR-RISON, SWAYZE, PARKER, BERGEN, BOGERT, VREDENBURGH, CONGDON, TREACY, JJ. 10.

*For reversal*—None.